UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SOLOMON ADU-BENIAKO,

        Plaintiff,                      Case Number 20-12187
v.                                             Honorable David M. Lawson
                                              Magistrate Judge Anthony P. Patti
KRYSTALLA SHANIQUE CROSS,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION
## TO DISMISS THE COMPLAINT

Presently before the Court is the report issued on November 20, 2020 by Magistrate Judge Anthony P. Patti pursuant to 28 U.S.C. § 636(b), recommending that the Court dismiss the complaint for lack of subject matter jurisdiction. Although the report stated that the parties to this action could object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation (ECF No. 10) is **ADOPTED**.

- 2 -

It is further **ORDERED** that the complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE**.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Dated: December 14, 2020